United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br>Petitioner,<br>v.<br>GAVIN NEWSOM, et al.,<br>Respondent. | Case No. 26-cv-09319-JST<br><br>**ORDER OF DISMISSAL** |

On or about September 3, 2026, Petitioner filed this *pro se* petition for a writ of habeas corpus. That same day, the Court informed Petitioner that this action was deficient because he did not pay the $5 filing fee or, in the alternative, file an *in forma pauperis* application. ECF No. 5. The Court ordered Petitioner to cure the deficiency by September 31, 2026, or face dismissal of this action. *Id.* On September 17, 2026, Plaintiff filed an incomplete *in forma pauperis* application. ECF No. 5. The application is incomplete because the Certificate of Funds in Prisoner's Account form is not completed and signed by an authorized officer at Petitioner's correctional facility. ECF No. 5. Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application. The dismissal is without prejudice to Petitioner filing a motion to reopen the action. Any motion to reopen must be accompanied by either the $5 filing fee or a complete *in forma pauperis* application. Judgment is entered in favor of Respondents and against Petitioner. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: October 8, 2026

JON S. TIGAR
United States District Judge